# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-1319**  **September Term, 2024**

**SEC-89FR195**

**Filed On: October 8, 2024** [2078750]

We the Investors and Urvin Finance, Inc.,

    Petitioners

    v.

Securities and Exchange Commission,

    Respondent

## N O T I C E

This case was docketed on October 8, 2024. The Securities & Exchange Commission is hereby notified that the attached is a true copy of the petition for review, which was filed on October 8, 2024, in the United States Court of Appeals for the District of Columbia Circuit, in the above-captioned case.

The Clerk is directed to transmit a copy of this notice, along with the petition for review, to respondent.

        **FOR THE COURT:**
        Mark J. Langer, Clerk

    BY:    /s/
        Emily K. Campbell
        Deputy Clerk

Attachment:
    Certified Copy of Petition for Review