# United States Court of Appeals
## For The District of Columbia Circuit

_____

**No. 24-1319**　　　　　　　　　　　　　　　　**September Term, 2024**

**SEC-89FR195**

**Filed On: October 8, 2024** [2078751]

We the Investors and Urvin Finance, Inc.,

　　　　Petitioners

　　v.

Securities and Exchange Commission,

　　　　Respondent

## O R D E R

　　The petition for review in this case was filed and docketed on October 8, 2024, and assigned the above number. It is, on the court's own motion,

　　**ORDERED** that petitioners submit the documents listed below by the dates indicated.

| Document | Date |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | November 7, 2024 |
| Docketing Statement Form | November 7, 2024 |
| Procedural Motions, if any | November 7, 2024 |
| Statement of Intent to Utilize Deferred Joint Appendix | November 7, 2024 |
| Statement of Issues to be Raised | November 7, 2024 |
| Underlying Decision from Which Appeal or Petition Arises | November 7, 2024 |
| Dispositive Motions, if any | November 22, 2024 |

It is

　　**FURTHER ORDERED** that respondent submit the documents listed below by the dates indicated.

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-1319**                                         **September Term, 2024**

| | |
|---|---|
| Entry of Appearance Form (Attorneys Only) | November 7, 2024 |
| Procedural Motions, if any | November 7, 2024 |
| Certified Index to the Record | November 22, 2024 |
| Dispositive Motions, if any | November 22, 2024 |

It is

    **FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

    The Clerk is directed to transmit to respondent a copy of this order and a copy of the petition for review.

                          **FOR THE COURT:**
                          Mark J. Langer, Clerk

                BY:   /s/
                         Emily K. Campbell
                         Deputy Clerk

The following forms and notices are available on the Court's website:

    Agency Docketing Statement Form
    Entry of Appearance Form
    Request to Enter Appellate Mediation Program (Optional)
    Notice Concerning Expedition of Appeals and Petitions for Review
    Stipulation to be Placed in Stand-By Pool of Cases (Optional)