# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** We the Investors, et al.

v.   SEC                                                  **Case No:** 24-1319

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as  ☐ Retained  ☐ Pro Bono  ☐ Appointed (CJA/FPD)  ☒ Gov't counsel

for the  ☐ Appellant(s)/Petitioner(s)  ☒ Appellee(s)/Respondent(s)  ☐ Intervenor(s)  ☐ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Securities and Exchange Commission

### Counsel Information

Lead Counsel: Brooke Wagner

Direct Phone: (202) 551-5292   Fax: (___) ___-____   Email: wagnerbr@sec.gov

2nd Counsel: Dominick V. Freda

Direct Phone: (202) 551-5143   Fax: (___) ___-____   Email: fredad@sec.gov

3rd Counsel:

Direct Phone: (___) ___-____   Fax: (___) ___-____   Email:

Firm Name: Securities and Exchange Commission

Firm Address: 100 F Street NE, Washington DC 20549

Firm Phone: (202) 551-5100   Fax: (___) ___-____   Email: secgcapp-courts@sec.gov

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)